____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

FEB - 1 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

10-CV-01241-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT EUGENE BURROW, | Case No. 10-cv-1241-JLR |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| STEVE SINCLAIR, | |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition is DENIED and this case is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all three grounds asserted by petitioner in his habeas petition.

ORDER OF DISMISSAL
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to petitioner, counsel for respondent and Judge Donohue.

DATED this 1st day of February, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 2